# UNITED STATES COURT OF APPEALS
# TENTH CIRCUIT

Office of the Clerk
Byron White United States Courthouse
Denver, Colorado  80257
(303) 844-3157

**Elisabeth A. Shumaker**                                                                                **Douglas E. Cressler**
**Clerk of Court**                                                                                       **Chief Deputy Clerk**

September 13, 2007

Mr. Patrick L. Brenner
Reg. No. 66893
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054

      Re:    No. 07-1373, In re: Patrick Brenner
                  Dist. Ct. Case No. 07-cv-01822-ZLW

Dear Mr. Brenner:

      Under 28 U.S.C. § 2244(b)(3), authorization must be obtained from this court before a "second or successive" § 2254 petition can be filed in the district court. The district court has transferred this matter to this court pursuant to *Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam), because you did not seek prior authorization from this court before filing what the district court has construed to be a "second or successive" § 2254 petition.

      To obtain authorization, you must satisfy the requirements set forth in 28 U.S.C. § 2244(b). We have enclosed a **Motion for Authorization** to file a "second or successive" § 2254 motion with instructions. If you wish to seek authorization to file a second or successive § 2254 motion, **you must complete and file** with this court a **Motion for Authorization.**

If you think that the district court should not have construed your filing as a "second or successive" § 2254 petition, or if you think you otherwise do not have to meet the requirements of 28 U.S.C. § 2244(b), **you may file** a **Motion for Remand** to the district court. In that motion you should explain why your district court filing should not be treated as a "second or successive" § 2254 petition or does not otherwise require authorization under § 2244(b)(3).

You **must file** a Motion for Authorization and/or a Motion for Remand within **30 days** after the date of this letter, or an order may be entered dismissing the matter.

An original and one copy of the Motion for Authorization and/or Motion for Remand *must be mailed* to:

> United States Court of Appeals for the Tenth Circuit
> Office of the Clerk
> Byron White United States Courthouse
> 1823 Stout Street
> Denver, Colorado  80257

Sincerely,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

cc:   John W. Suthers, Colorado Attorney General
      Gregory Langham, Clerk

Encl.